cion exercised by her husband, through her fear of him and his threats to her, and through his constant pressure upon her to deed him this property.

*Orson A. Raynor* for appellant.

*Francis X. Hennessy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* COSIMO BRESCIA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 2, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Supreme Court, rendered March 12, 1926, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Raymond Malone* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Claim of W. C. GRATHWOHL against NASSAU POINT CLUB PROPERTIES, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — award to employee injured while cranking his own automobile in his own garage preparatory to going to work at which he used said automobile, improper.*

*Grathwohl* v. *Nassau Point Club Properties, Inc.,* 216 App. Div. 107, affirmed.

(Argued June 3, 1926; decided July 9, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

March 12, 1926, reversing an award of the State Industrial Board made under the Workmen's Compensation Law and dismissing the claim. Claimant was employed as foreman of a development project covering a number of miles. To visit the different parts of the property he used his own automobile, driving it back and forth from his home. He received the injury complained of while cranking the car in his own garage preparatory to starting to his work. The Appellate Division held that he was not in the course of his employment when the accident happened.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for appellant.

*William B. Davis* for respondents.

Order affirmed, with costs, against State Industrial Board, on opinion of KELLOGG, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL NEMO, Appellant.

*Crimes — extortion — judgment of conviction affirmed.*

*People* v. *Nemo,* 215 App. Div. 896, affirmed.
(Argued June 3, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1925, which affirmed a judgment of the Richmond County Court convicting the defendant of the crime of extortion.

*Alfred V. Norton* for appellant.

*Albert C. Fach, District Attorney (Lester L. Callan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.